

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

May 3, 2007

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601-4150

DOCKET IN CASE #
AS: *Letter*

DATE:

Re:    Gibbons v. Savage
       07 Civ. 3186

CLB/USDJ

Your Honor:

        On May 1, 2007, we received a copy of the petition and Your Honor's Order dated April 24, 2007. The District Attorney of Orange County, who was also served with the same documents according to your Order, will represent the respondent in this action.

                        Very truly yours,

                        Alyson Gill
                        Section Chief
                        Federal Habeas Corpus Section
                        (212) 416-6037

AG:ar

        Robert N. Isseks, Esq.
        6 North Street
        Middletown, NY 10940

120 Broadway, New York, NY 10271 • Fax (212) 416-8010